THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 James Eddie Vickery,
 Jr., Appellant.
 
 
 

Appeal From Pickens County
 Larry R. Patterson, Circuit Court Judge
Unpublished Opinion No. 2010-UP-208
Submitted March 1, 2010  Filed March 15,
 2010    
AFFIRMED

 
 
 
 Appellate Defender Elizabeth A. Franklin-Best, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 and Assistant Attorney General A. West Lee, all of Columbia; and Solicitor
 Robert Mills Ariail, of Greenville, for Respondent.
 
 
 

PER CURIAM:  James
 Eddie Vickery, Jr., appeals his convictions for trafficking methamphetamine and
 possession of methamphetamine with intent to distribute within one-half mile of
 a park.  Vickery was sentenced to ten years' imprisonment on both charges, to
 run concurrently.  Vickery now argues the trial court erred in not instructing
 the jury on the laws of entrapment and sentencing entrapment.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities:  State v. Dunbar, 356 S.C. 138, 142, 587 S.E.2d 691, 693-94 (2003) (holding
 issues not raised and ruled upon in the trial court will not be considered on
 appeal); State v. Jamison, 221 S.C. 312, 322, 70 S.E.2d 342, 345-46
 (1952) ("The failure to request instructions on any particular point is regarded waiver of the
 right to such instruction and acquiescence in the omission.").
AFFIRMED.
HUFF, THOMAS,
 and KONDUROS, JJ., concur.  

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.